DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**STEVEN FRANCIS D'AMICO,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D17-588

[July 27, 2017]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Elizabeth Scherer, Judge; L.T. Case No. 02-1339CF10A.

Steven Frances D'Amico, Crawfordville, pro se.

Pamela Jo Bondi, Attorney General, Tallahassee, and Don M. Rogers, Assistant Attorney General, West Palm Beach, for appellee.

PER CURIAM.

*Affirmed.*

GERBER, C.J., WARNER and FORST, JJ., concur.

*   *   *

***Not final until disposition of timely filed motion for rehearing.***